**DC-13-261**

| | |
|---|---|
| GRACIELA REYNA, LORRINA GARCIA, § | IN THE DISTRICT COURT OF APPEALS |
| LETICIA G. CHAVEZ, § | SAN ANTONIO, TEXAS |
| LINDA SAENZ RUIZ, § | 02/19/2015 12:51:17 PM |
| DANIEL SAENZ, AND § | KEITH E. HOTTLE |
| ALICIA GARCIA, PLAINTIFFS § | Clerk |
| § | **381ST JUDICIAL DISTRICT** |
| VS. § | |
| § | |
| GUADALUPE CANTU FARIAS, § | |
| MAIME FARIAS RODRIGUEZ, § | |
| CLEMENCIA CUELLAR, AND § | |
| VERONICA CUELLAR, DEFENDANTS § | **STARR COUNTY, TEXAS** |

<u>**NOTICE OF APPEAL**</u>

MAY IT PLEASE THE COURT:

COMES NOW Guadalupe Cantu Farias, Maime Farias Rodriguez, Clemencia Cuellar, and Veronica Cuellar, Appellants in the above styled cause, by and through their appellate attorney Victoria Guerra, and files this Notice of Appeal, and would show this court the following:

1. This appeal arises from cause no. DC-13-261; *Graciela Reyna, Lorrina Garcia, Leticia G. Chavez, Linda Saenz Ruiz, Daniel Saenz, and Alicia Garcia v. Guadalupe Cantu Farias, Maime Farias Rodriguez, Clemencia Cuellar, and Veronica Cuellar.*

2. This appeal is taken to the Court of Appeals for the Fourth Judicial District of Texas.

3. The final order which is being appealed in this matter was signed on November 21, 2014.

4. A Motion for New Trial was filed on December 19, 2014. An order denying said Motion for New Trial was signed on February 10, 2015.

5. Respondent / Appellant desires to appeal from all portions of the order.

Respectfully submitted,

Law Office of Victoria Guerra
3219 N. McColl Rd.
McAllen, Texas 78501
(956) 618-2609
(956) 618-2553 (fax)

By:     */s/ Victoria Guerra*
Victoria Guerra
Appellate Attorney for Appellants
State Bar No.: 08578900

## CERTIFICATE OF SERVICE

On this day, the foregoing document was delivered to Lori Peterson Perez via facsimile: 956-716-6448.

SIGNED this 18th day of February, 2015.

*/s/ Victoria Guerra*
Victoria Guerra